IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LORETTA FORD                                                                                           PLAINTIFF

v.                                    Case No. 1:13-cv-01070

CAROLYN W. COLVIN, Commissioner,
Social Security Administration                                                                         DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed November 18, 2014, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 11). Judge Bryant recommends that the Administrative Law Judge's decision, denying benefits to the Plaintiff should be AFFIRMED, as it is supported by substantial evidence in the record. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Accordingly, the decision of the ALJ is hereby affirmed, and Plaintiff's case should be and hereby is DISMISSED.

**IT IS SO ORDERED**, this 9th day of December, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge